## Commonwealth *v.* Weklar, Appellant.

Argued November 11, 1969. *Allen N. Brunwasser,* for appellant; *Ralph W. Spencer,* for appellee.

Order affirmed.

## Commonwealth *v.* Woods, Appellant.

Submitted November 10, 1969. *Joseph Moschetta,* Public Defender, for appellant; *John F. Bell,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In accordance with the opinion of the Supreme Court in *Commonwealth v. Hoffman,* 426 Pa. 226, 232 A. 2d 623 (1967), the order is vacated and the record remanded to the court below with instructions to appoint counsel to represent appellant in a post-conviction proceeding at which his eligibility for an evidentiary hearing and/or other relief may be determined. See Rule 1503 of Rules of Criminal Procedure.